| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Joel S. Miliband, Esq., SBN 77438<br>D. Edward Hays, Esq., SBN 162507<br>RUS, MILIBAND & SMITH, A Professional Corporation<br>Seventh Floor<br>2600 Michelson Drive<br>Irvine, CA 92612<br>(949) 752-7100<br>(949) 252-1514 - Fax<br>Attorney for Debtor AARON R. BALDWIN | FILED 05 MAY 10 PM 4:13 US BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: AARON R. BALDWIN

Debtor.

vs.

Plaintiff(s),

Defendant(s).

CHAPTER 13
CASE NUMBER LA05-10793 VZ
☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is (specify name):
   Aaron R. Baldwin, In Pro Per

2. The name, address and telephone number of the New Attorney are (specify): D. Edward Hays, Esq., RUS, MILIBAND & SMITH, A Professional Corporation, 2600 Michelson Drive, Seventh Floor, Irvine, CA 92612; (949) 752-7100

3. New Attorney hereby appears in the following matters:   [X] The case   ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. (Specify name of Present Attorney): Aaron R. Baldwin, In Pro Per

Dated: May 10, 2005

Aaron R. Baldwin
Type Name of Party

Signature of Party

I consent to the above substitution.

Dated: May 10, 2005

Aaron R. Baldwin, In Pro Per
Type Name of Present Attorney

Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: May 10, 2005

D. Edward Hays, Esq.
Type Name of New Attorney

Signature of New Attorney

---

Rev. 502    This form has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 2090-1.4

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA  )
                     )ss.
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2600 Michelson Drive, Seventh Floor, Irvine, California 92612.

On **May 10, 2005**, I served the foregoing document(s) described as **SUBSTITUTION OF ATTORNEY** on the interested party(ies) in this action by placing a true and correct copy of each document(s) thereof, enclosed in a sealed envelope, addressed as follows:

SEE ATTACHED SERVICE LIST

(✓)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Irvine, California.

( )  By Facsimile Machine, I caused the above-referenced document(s) to be transmitted to the persons noted on the attached service list.

( )  By Personal Service, I caused such envelope to be delivered via FIRST COURIER SERVICE/FIRST LEGAL SUPPORT SERVICES by hand to the office of the addressee noted on the attached service list.

( )  By Overnight Delivery via FEDERAL EXPRESS/OVERNIGHT EXPRESS for delivery by the next business day to the addressees on the attached service list.

( )  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(✓)  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 10, 2005**, at Irvine, California.

CHANEL MENDOZA

722/221792v1 cm 5/10/05 6 (9999-9208)

## SERVICE LIST

**DEBTOR**
BALDWIN, AARON R
3658 FAIRLAND BL
LOS ANGELES, CA 90043

**OFFICE OF THE U.S. TRUSTEE**
UNITED STATES TRUSTEE
725 S. FIGUEROA ST, 26th FLOOR
LOS ANGELES, CA 90017

**TRUSTEE**
NANCY K CURRY
606 S. OLIVE ST, SUITE 1850
LOS ANGELES, CA 90014

722/221792v1 cm 5/10/05 6 (9999-9208)