B 203
(12/94)

# United States Bankruptcy Court

CENTRAL District Of CALIFORNIA


FILED
JUN 10 2005

In re AARON R. BALDWIN

Case No. LA05-10793 VZ

Chapter 13

**Debtor**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................... $ __3,000**__

   Prior to the filing of this statement I have received .............................. $ __0__

   Balance Due ................................................................. $ __3,000__
   ** Subject to provisions of RARA and ability to make application to Court for additional fees.

2. The source of the compensation paid to me was:

   [ ] Debtor                [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor                [X] Other (specify) The Debtor's obligation to pay fees and costs has been personally guaranteed by his mother, Erin Baldwin.

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, ~~and rendering advice to the debtor in determining whether to file a petition in bankruptcy;~~ (Not applicable since substituted in pending case).

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B203

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

June 10, 2005
*Date*

*Signature of Attorney*
D. Edward Hays

RUS, MILIBAND & SMITH, APC
*Name of law firm*

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2600 Michelson Drive, Seventh Floor, Irvine, California 92612.

On **June 10, 2005**, I served the foregoing document(s) described as **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** on the interested party(ies) in this action by placing a true and correct copy of each document(s) thereof,

SEE ATTACHED SERVICE LIST

(✓) By Mail, I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Irvine, California.

( ) By Facsimile Machine, I caused the above-referenced document(s) to be transmitted to the persons noted on the attached service list.

( ) By Personal Service, I caused such envelope to be delivered via FIRST COURIER SERVICE/FIRST LEGAL SUPPORT SERVICES by hand to the office of the addressee noted on the attached service list.

( ) By Overnight Delivery via FEDERAL EXPRESS/OVERNIGHT EXPRESS for delivery by the next business day to the addressees on the attached service list.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(✓) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 10, 2005**, at Irvine, California.

_____
CHANEL MENDOZA

722/222497v1 cm 5/19/05 5 (2694-0001)

Case 2:05-bk-10793-VZ    Doc 54-1    Filed 06/10/05    Entered 06/13/05 00:00:00    Desc
Main Document    Page 4 of 4

## SERVICE LIST

*IN RE: AARON R. BALDWIN*
*Bankruptcy Case No. LA05-10793 VZ*

1
2
3
4  DEBTOR
   BALDWIN, AARON R
5  3658 FAIRLAND BL
   LOS ANGELES, CA 90043
6
   CHAPTER 13 TRUSTEE
7  NANCY K CURRY
   606 S. OLIVE ST, SUITE 1850
8  LOS ANGELES, CA 90014
   213-689-3014
9  213-689-3055 - FAX

10 U.S. TRUSTEE
   UNITED STATES TRUSTEE
11 725 S. FIGUEROA ST, 26th FLOOR
   LOS ANGELES, CA 90017
12 213-894-6387
   213-894-6778 - FAX
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

722/222497v1 cm 5/19/05 5 (2694-0001)