Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

D. Edward Hays, #162507
Sean A. Kading, #211540
RUS, MILIBAND & SMITH, APC
2600 Michelson Drive, 7th Fl.
Irvine, CA 92612
(949) 752-7100
(949) 252-1514

[X] Attorney for Debtor, Aaron R. Baldwin
[ ] Pro Se Debtor

FOR COURT USE ONLY

FILED

05 AUG -5 PM 3: 34

CLERK US BKCY COURT
CENT DIST OF CALIF.

BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHAPTER 13

CASE NUMBER LA05-10793 VZ

In re AARON R. BALDWIN

Debtor(s).

**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**

**LOCAL BANKRUPTCY RULE 3015-1(m)**

I, Aaron R. Baldwin _____ (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on January 14, 2005 _____.
   *50%

2. I am the owner of real property[1] at the following street address:

   3658 Fairland Blvd. _____

   Los Angeles, CA 90043 _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of OCWEN _____

   b. Second deed of trust in favor of Group IV International _____ (if applicable).

   c. Third deed of trust in favor of Onsri Pandhumas _____ (if applicable).

*(Continued on next page)*

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003

**F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments

**F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - *Page 2 of 3*

| In re AARON R. BALDWIN | CHAPTER 13 |
|---|---|
| Debtor(s) | CASE NUMBER LA05-10793 VZ |

4.  The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|

**\*\* Please see attachment.**

5.  The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments          **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 3 of 3*

| In re AARON R. BALDWIN | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER LA05-10793 VZ |

6. Attached to this declaration are copies of the:

    ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

    ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

    ☒ U.S. Post Office Certificate(s) of Mailing, stamped by a U.S. Postal Service employee,

    ☐ acknowledgment(s) signed by the Creditor's representative, or

    ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>August 5, 2005</u>

Debtor
Aaron R. Baldwin

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2003          **F 3015-1.4**

## ATTACHMENT TO DECLARATION OF AARON BALDWIN RE POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS

| Creditor | Payment Amount | Due Date | Date Mailed |
|---|---|---|---|
| OCWEN | $2,459.01 | February 2005 | February 20, 2005 |
| See Exhibit 1 | $2,459.01 | March 2005 | March 3, 2005 |
| | $2,459.01 | April 2005 | April 21 ,2005 |
| | $2,451.01 | May 2005 | June 1, 2005 |
| | $2,451.01 | June 2005 | June 10, 2005 |
| | $2,678.66 | July 2005 | July 11, 2005 |
| | $2,678.66 | August 2005 | August 3, 2005 |
| | | | |
| Group IV | $800.00 | February 2005 | February 20, 2005 |
| See Exhibit 2 | $800.00 | March 2005 | March 3, 2005 |
| | $800.00 | April 2005 | April 21, 2005 |
| | $800.00 | May 2005 | May 9, 2005 |
| | $800.00 | June 2005 | June 10, 2005 |
| | $800.00 | July 2005 | July 11, 2005 |
| | $800.00 | August 2005 | August 3, 2005 |
| | | | |
| Onsri Pandhumas | | ** Per attached Forbearance Agreement no payments due until July 2005. | |
| See Exhibit 3 | $189.00 | July 2005 | July 11, 2005 |
| | $189.00 | July 2005 | August 3, 2005 |







PS Form 3811, February 2004 — Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OCWEN FED BANK
P.O. BOX 514577
LA CA 70051

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)

7004 2510 0006 1643 2371

PS Form 3811, February 2004 — Domestic Return Receipt







SERIAL #:   0069743061

June 10, 2005

**$2,451.01**

VOID IF OVER US $ 2,451.01

**NON-NEGOTIABLE**

**OFFICIAL CHECK**

PAY TO THE ORDER OF   ***OCWEN FED BANK ***

***Two thousand four hundred fifty-one dollars and 01 cent***

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**Purchaser Copy**

00697       11-24
Office AU #       1210(8)

Purchaser:
Purchaser Account:
Operator I.D.:

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

FB004    M4205

SERIAL #:  0051605040

July 11, 2005

**\*\*$2,678.66\*\***

VOID IF OVER US $   2,678.66

**NON-NEGOTIABLE**

00516

11-24
1210(8)

Office AU #

Purchaser:
Purchaser Account:
Operator I.D.:

cu018774

PAY TO THE ORDER OF       \*\*\*OCWEN\*\*\*

# OFFICIAL CHECK

*\*\*\*Two thousand six hundred seventy-eight dollars and 66 cents \*\*\**

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

# Purchaser Copy

SERIAL #: 0069743137

August 03, 2005

**\$2,678.66\*\***

VOID IF OVER US $ 2,678.66

NON-NEGOTIABLE

OFFICIAL CHECK

Purchaser Copy

U.S. POSTAL SERVICE    CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received from:

_Jeremy Baldwin_
_365 E. Garland RD_
_Az. AZ. 90093_

One piece of ordinary mail addressed to:

_Ocwen_
_POBOX 6440_
_Carol Stream Il 60197-_

PS Form 3817, January 2001

00697          11-24
Office AU #    1210(8)

Purchaser:
Purchaser Account:    626-566...
Operator I.D.:          Cust. 14115

PAY TO THE ORDER OF    \*\*\*OCWEN \*\*\*

\*\*\*Two thousand six hundred seventy-eight dollars and 66 cents\*\*\*

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

FB004    M4203



3858 FAIRLAND BLVD.
LOS ANGELES, CA  90043-1109

Date  3 - 3 - 05

Pay to the
Order of  Group IV International          |  $800.00

Eight hundred dollar and no/cents          Dollars

WELLS FARGO

For  Note  2ND  TO  Gene J. Alderin

⑈122000247⑈07 13 4700 1⑈ 1427          "0000080000"

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                          ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
                                  2-

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

GROUP IV  INTL.
25602  ALICIA  PKwy
SUITE  421
LAGUNA  HILLS
      CA  92653

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 2890 0001 3881 3149

PS Form 3811, August 2001          Domestic Return Receipt          102595



**Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.**
**Print your name and address on the reverse
so that we can return the card to you.**
**Attach this card to the back of the mailpiece,
or on the front if space permits.**

A. Signature
X

B. Received by (Printed Name)
Larry Thurson

C. Date

D. Is delivery address different from item 1?
If YES, enter delivery address below:

1. Article Addressed to:

GROUP I V
25602 ALICIA PKWY
SUITE 421
LAGUNA HILLS
CA 92653

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number





CRENSHAW STATION
LOS ANGELES, California
900089998
0545300008-0098
(800)275-8777

05/09/2005          08:59:34 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Dom. Money Order 08620356712 | | | $800.00 |
| Domestic Money Order Fee | | | $1.25 |
| Subtotal: | | | $801.25 |

Total:                              $801.25

Paid by:
Cash                               $100.00
Cash                                $20.00
Cash                               $680.00
Cash                                 $5.00
Change Due:                         -$3.75

Bill#: 1000201481412
Clerk: I1

—All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees | $

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

SERIAL #:  0069742897

**OFFICIAL CHECK**

June 10, 2005

**\*\*$800.00\*\***

VOID IF OVER US $   800.00

**NON-NEGOTIABLE**

00697
Office AU #     11-24
                1210(8)

Purchaser:
Purchaser Account:
Operator I.D.:

PAY TO THE ORDER OF     \*\*\*GROUP IV \*\*\*

\*\*\*Eight hundred dollars and no cents\*\*\*

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**Purchaser Copy**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

FB004    14/203

SERIAL #: 0051608603

PERSONAL MONEY ORDER

00516

11-24
1210(8)
Office AU #

Purchaser:
Purchaser Account:
Operator I.D.:

July 11, 2005

PAY TO THE ORDER OF    ***GROUP IV INTERNATIONAL***

**$800.00**

***Eight hundred dollars and no cents***

VOID IF OVER US $  800.00

NON-NEGOTIABLE

WELLS FARGO BANK, N.A.
CULVER CITY OFFICE-PAVILIONS
11030 JEFFERSON BLVD
CULVER CITY, CA 90230
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS
INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING
PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

Purchaser Copy

FS004

**OFFICIAL CHECK**

SERIAL #: 0089742976

00697
Office AU #    11-2/4    1210(0)

Purchaser:
Purchaser Account:
Operator I.D.:

August 03, 2005

PAY TO THE ORDER OF    ***GROUP IV INTERNATIONAL ***

***$800.00***

***Eight hundred dollars and no cents***

VOID IF OVER US $ 800.00

**NON-NEGOTIABLE**

NOTICE TO PURCHASER: IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO A COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**Purchaser Copy**

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

FB604   M405

PS Form 3817, January 2001

**U.S. POSTAL SERVICE**        **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

One piece of ordinary mail addressed to:

JUN-09-2005 08:25 AM

FROM :

05/11/2005 12:49 FAX 949 282 1814        R M & S

FAX NO. :7146710731

May. 11 2005 01:07PM P2

☑002

## FORBEARANCE AGREEMENT

This Forbearance Agreement ("Agreement") is made as of the 14th day of January 2005 by and between AARON BALDWIN and ERIN BALDWIN ("Borrowers"), on the one hand, and ONSRI PANDHUMAS ("Lender"), on the other hand, on the following terms and conditions.

## RECITALS

WHEREAS, on or about May 20, 2003, Borrowers executed and delivered a note in the principal amount of $20,000 to Lender (the "Note"). The Note is secured by a deed of trust recorded in Los Angeles County as Instrument 03-1435363 against the real property commonly known as 3658 Fairland Boulevard, Los Angeles, California ("the Property").

WHEREAS, Borrowers are in default under the terms of the Note and have requested a forbearance with regard to any payments that would otherwise become due from January 2005 through and including June 2005. As an accommodation to Borrowers, Lender has agreed to the requested forbearance without waiving any other rights under the Note and deed of trust including the continued accrual of interest during the term of the forbearance.

WHEREFORE, it is agreed as follows:

1.    No payments shall be required to be made by Borrowers to Lender during the period of January 2005 through and including June 2005;

2.    All monthly payments due under the terms of the Note shall resume in July 2005.

3.    In consideration of this forbearance, Borrowers agree that the sum of $100.00 will be added to the principal balance due under the Note.

4.    During the forbearance period, Borrowers shall maintain all obligations secured by the Property that are senior to Lender's deed of trust.

///

///

300/221847v1 ukn 5/11/05 5 (8899-R202)

5.     Upon the breach of any provision of this Agreement, Lender may terminate the forbearance period by providing ten days written notice to Borrowers.

6.     Nothing contained in this instrument shall be deemed or construed to waive, offset, reduce or otherwise diminish the rights of Lender to proceed with its right to foreclose under state law in the event that the terms of this Agreement are breached by Borrowers.  Lender may accept any and all payments heretofore or hereafter made by or on behalf of the Borrowers without prejudice to her rights under the Note and Trust Deed herein.

7.     This instrument may be executed in counterparts and facsimile signatures will be deemed to have the same force and effect as original signatures.

IN WITNESS THEREOF, the parties have caused this Agreement to be executed on the day and year first above written.

DATED:     5/11/05               _Onsri Pandhumas_
                                ONSRI PANDHUMAS

DATED:                          _Aaron Baldwin_
                                AARON BALDWIN

DATED:                          _Erin Baldwin_
                                ERIN BALDWIN

SERIAL #:  0051607039

July 11, 2005

**\*$189.00\*\***

VOID IF OVER US $    189.00

NON-NEGOTIABLE

# PERSONAL MONEY ORDER

\*\*\*ONSRI PANDHUMAS\*\*\*

\*One hundred eighty-nine dollars and no cents \*\*\*

00516

11-24

ffice AU #        1210(8)

chaser:

chaser Account:

rator I.D.:

Y TO THE ORDER OF

NOTICE TO PURCHASER--IF STOP PAYMENT IS PLACED ON THIS
INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING
PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

**Purchaser Copy**

**LLS FARGO BANK, N.A.**
VER CITY OFFICE-PAVILIONS
30 JEFFERSON BLVD
VER CITY, CA 90230
R INQUIRIES CALL (480) 394-3122



SERIAL #: 0069741994

August 03, 2005

**\*\*$189.00\*\***

VOID IF OVER US $    189.00

**NON-NEGOTIABLE**

## OFFICIAL CHECK

PAY TO THE ORDER OF    \*\*\*ONSRI PANDHUMAS \*\*\*

\*\*\*One hundred eighty-nine dollars and no cents\*\*\*

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**Purchaser Copy**

| 00697 | 11-24 |
|-------|-------|
| Office AU # | 1210(8) |

Purchaser:
Purchaser Account:
Operator I.D.:

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

FB004    M4208

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2600 Michelson Drive, Seventh Floor, Irvine, California 92612.

On **August 5, 2005**, I served the foregoing document(s) described as **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS** on the interested party(ies) in this action by placing a true and correct copy of each document(s) thereof,

SEE ATTACHED SERVICE LIST

( ✓ )    By Mail, I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Irvine, California.

( )    By Facsimile Machine, I caused the above-referenced document(s) to be transmitted to the persons noted on the attached service list.

( )    By Personal Service, I caused such envelope to be delivered via FIRST COURIER SERVICE/FIRST LEGAL SUPPORT SERVICES by hand to the office of the addressee noted on the attached service list.

( )    By Overnight Delivery via FEDERAL EXPRESS/OVERNIGHT EXPRESS for delivery by the next business day to the addressees on the attached service list.

( )    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( ✓ )    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 5, 2005**, at Irvine, California.

CHANEL MENDOZA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

*IN RE: AARON R. BALDWIN*
*Bankruptcy Case No. LA05-10793 VZ*

DEBTOR
BALDWIN, AARON R
3658 FAIRLAND BL
LOS ANGELES, CA 90043

CHAPTER 13 TRUSTEE
NANCY K CURRY
606 S. OLIVE ST, SUITE 1850
LOS ANGELES, CA 90014
213-689-3014

U.S. TRUSTEE
UNITED STATES TRUSTEE
725 S. FIGUEROA ST, 26th FLOOR
LOS ANGELES, CA 90017

ONSRI PANHUMAS
701 MILFORD ST
GLENDALE, CA 91203

OCWEN FEDERAL BANK
ATTN: OFFICER OR AUTHORIZED
AGENT FOR SERVICE
12650 INGENUITY DRIVE
ORLANDO, FL 32826

GROUP IV, INTERNATIONAL
ATTN: OFFICER OR AUTHORIZED
AGENT FOR SERVICE
25602 ALICIA PARKWAY, SUITE 421
LAGUNA HILLS, CA 92653

GROUP IV INTERNATIONAL
C/O RESS FINANCIAL CORPORATION
ATTN: OFFICER OR AUTHORIZED
AGENT FOR SERVICE
17291 IRVINE BLVD., SUITE 262
TUSTIN, CA 92780-2930

ATTORNEYS FOR GROUP IV INTERNATIONAL
NEIL KATZ, ESQ.
ROBILLARD & KATZ
2377 CRENSHAW BLVD., #310
TORRANCE, CA 90501
310-328-4327
310-618-1634 - FAX

722.222497v1 cm 5 19 05 5 (2694-0001)